1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
3  Symphony Towers
   750 B Street, Suite 2770
4  San Diego, CA 92101
   Telephone:  619/239-4599
5  Facsimile:  619/234-4599
   Attorneys for Plaintiff Joshua Teitelbaum
6
7  TRAVIS DOWNS (148274)
   travisd@lerachlaw.com
8  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
9  San Diego, CA 92101
   Telephone:  619/231-1058
10 Facsimile:  619/231-7423
   Attorney for Plaintiff Alaska Electrical Pension Fund
11
12 [Additional Counsel Appear On Signature Page]

13                 UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 9/12/06*

15 JOSHUA TEITELBAUM, in the right of   )  CASE NO.  C 06-03514 RMW
   and for the benefit of Novellus Systems,  )
16 Inc.,                                 )
                                         )
17                                       )  **REVISED STIPULATION AND
                                         )  [PROPOSED] ORDER CONSOLIDATING
18              Plaintiff,               )  CASES FOR ALL PURPOSES,
                                         )  APPOINTING LEAD PLAINTIFF AND
19      v.                               )  COUNSEL, AND SETTING SCHEDULE
                                         )  FOR FILING OF CONSOLIDATED
20 RICHARD S. HILL, JEFFREY C.           )  COMPLAINT**
   BENZING, D. JAMES GUZY, GLEN G.       )
21 POSSLEY, J. DAVID LITSTER, TOM        )
   LONG, ROBERT H. SMITH, WILLIAM R.     )
22 SPIVEY, NEIL R. BONKE, YOUSSEF A.     )
   EL-MANSY, YOSHIO NISHI, ANN D.        )
23 RHOADS, AND DELBERT A.                )
   WHITAKER,                             )
24                                       )
                                         )
25              Defendants,              )
                                         )
26      and                              )
                                         )  DATE:
27 NOVELLUS SYSTEMS, INC.,               )  TIME:
                                         )  COURTROOM:
28           Nominal Defendant.          )  JUDGE:          Ronald M. Whyte

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

1   WHEREAS, there are currently two derivative actions pending in the Northern District of

2   California against Nominal Defendant Novellus Systems, Inc. and others arising out of a common

3   set of facts.

4   WHEREAS, the parties agree that the related derivative actions involve common questions

5   of law and fact and should be consolidated to avoid unnecessary costs and delay.

6   WHEREAS, after meeting and conferring, plaintiffs agree that the Alaska Electrical

7   Pension should be appointed Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins

8   LLP and Wolf Haldenstein Adler Freeman & Herz LLP should be appointed Lead Counsel; and

9   WHEREAS, defendants take no position as to the appointment of the Alaska Pension Fund

10  as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Wolf

11  Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

12  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

13  the undersigned counsel for plaintiffs and defendants, subject to the approval of the Court, as

14  follows:

15  **CONSOLIDATION OF RELATED ACTIONS**

16  1.   Under Federal Rule of Civil Procedure 42(a), the following cases are consolidated

17  for all purposes, including, but not limited to, discovery, pretrial proceedings and trial

18  proceedings:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Teitelbaum v. Hill, et al.* | 5:06-cv-03514-RMW | May 31, 2006 |
| *Alaska Electrical Pension Fund v. Hill, et al.* | 5:06-cv-03870-JF | June 21, 2006 |

24  2.   The consolidated cases shall be identified as: *In re Novellus Systems, Inc.*

25  *Derivative Litig.*, Master File No. CV 06-03514-RMW.  Any other actions now pending or

26  hereafter filed in this District which arise out of the same facts and claims as alleged in these

27  related actions shall be consolidated for all purposes if and when the Court is apprised of them.

28  The parties shall notify the Court of any other action which is now pending or thereafter filed

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 1 -

1   outside of this District which may be related to the subject matter of these consolidated actions if

2   and when they become aware of such actions.

3      3.      Every pleading filed in these consolidated actions, or in any separate action

4   included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION | ) ) ) | Master File No. CV 06-03514-RMW |
| | ) | DERIVATIVE ACTION |
| This Document Relates To: | ) ) ) ) ) ) ) | |

4      4.      When a pleading is intended to be applicable to all actions to which this Order is

applicable, the words "All Actions" shall appear immediately after the words "This Document

Relates To:" in the caption set out above.  When a pleading is intended to be applicable only to

some, but not to all, of such actions, this Court's docket number for each individual action to

which the paper is intended to be applicable and the last name of the first-named plaintiff in said

action shall appear immediately after the words "This Document Relates To:" in the caption

described above.

**APPOINTMENT OF LEAD COUNSEL**

1.      Plaintiff Alaska Electrical Pension Fund shall be appointed Lead Plaintiff.

2.      The law firm of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach

Coughlin Stoia Geller  Rudman & Robbins LLP shall be appointed Lead Counsel for plaintiffs in

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

the consolidated *In re Novellus Systems, Inc. Derivative Litigation.*[1]

3.    Lead Counsel  shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4.    Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

5.    Lead Counsel also shall be available and responsible for communications to and from this Court.  Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

6.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

---

[1]    Defendants take no position as to the appointment of plaintiff Alaska Electrical Pension Fund as Lead Plaintiff and the appointment of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach Coughlin Stoia Geller  Rudman & Robbins LLP as Lead Counsel.

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF & COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 3 -

1

2  **SCHEDULE FOR CONSOLIDATED COMPLAINT**

3          1.          Plaintiffs shall file a Consolidated Complaint which shall be deemed the operative

4  complaint, superseding all complaints filed in any of the actions consolidated hereunder.  Plaintiffs

5  shall file a Consolidated Complaint within 45 days of the entry of order appointing Lead Counsel.

6  Defendants shall have 45 days to file any responsive pleading.  The parties will meet and confer

7  and report to the Court on an acceptable briefing and hearing schedule for any responsive

8  pleadings.

9  DATED:  September __7__, 2006                    WOLF HALDENSTEIN ADLER
                                                       FREEMAN & HERZ, LLP
10                                                   FRANCIS M. GREGOREK
                                                     BETSY C. MANIFOLD
11                                                   FRANCIS A. BOTTINI, JR.
                                                     RACHELE R. RICKERT
12

13

14                                                   _____
                                                           BETSY C. MANIFOLD
15
                                                     Symphony Towers
16                                                   750 B. Street, Suite 2770
                                                     San Diego, California 92101
17                                                   Telephone:  619/239-4599
                                                     Facsimile:  619/234-4599
18
                                                     Counsel for Plaintiff Joshua Teitelbaum
19

20  DATED:  September __7__, 2006                    LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
21                                                   TRAVIS DOWNS

22

23                                                   _____
                                                           TRAVIS DOWNS
24
                                                     655 West Broadway, Suite 1900
25                                                   San Diego, CA 92101
                                                     Telephone:  619/231-1058
26                                                   Facsimile:  619/231-7423

27                                                   Attorney for Plaintiff Alaska Electrical Pension Fund

28

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

1

2   DATED: September ___7__, 2006          MORRISON & FOERSTER LLP
                                            DARRYL P. RAINS
3                                           EUGENE ILLOVSKY
                                            SUNIL R. KULKARNI
4                                           ELIZABETH J. MILES

5

6                                           _____
                                                   SUNIL R. KULKARNI
7
                                            755 Page Mill Road
8                                           Palo Alto, CA 94304-1018
                                            Telephone:  650/813-5600
9                                           Facsimile:  650/494-0792

10                                          Attorney for Nominal Defendant Novellus Systems,
                                            Inc. and defendants Richard S. Hill, Jeffrey C.
11                                          Benzing, D. James Guzy, Glen G. Possley, J. David
                                            Litster, Tom Long, Robert H. Smith, William R.
12                                          Spivey, Neil R. Bonke, Youssef A. El-Mansy,
                                            Yoshio Nishi, Ann D. Rhoads, And Delbert A.
13                                          Whitaker

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

- 5 -

1    Under F.R.C.P. 42(a), the two derivative action cases listed herein are hereby consolidated

2  for all purposes. Plaintiff Alaska Electrical Pension Fund shall be appointed Lead Plaintiff. The

3  law firms of Wolf Haldenstein Adler Freeman & Herz, LLP and Lerach Coughlin Stoia Geller

4  Rudman & Robbins LLP shall be appointed Lead Counsel for plaintiffs. Plaintiffs shall serve a

5  Consolidated Amended Complaint within 45 days of an order appointing Lead Counsel and

6  Defendants shall file a responsive pleading within 45 days of service of the Consolidated

7  Complaint.

8    **IT IS SO ORDERED**

9  Dated: _9/12/06___                                    _/S/ RONALD M. WHYTE_____

10                                                      UNITED STATES DISTRICT
                                                           COURT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
NOVELLUS:13815.STIP

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW

## DECLARATION OF SERVICE

I, BORANY REINBOLD, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2.      That on September 7, 2006, declarant served the **REVISED STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** via the CM/ECF System and via U.S. Mail to the parties.

3.      That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of September 2006, at San Diego, California.

_____
BORANY REINBOLD

REVISED STIP & [PROP] ORD CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF
& COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLIDATED CPT - CASE NO. C 06-03514 RMW