## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSHUA TEITELBAUM, in the
right of and for the benefit of
Novellus Systems, Inc.

               Plaintiff(s),

          v.

RICHARD S. HILL, JEFFREY C.
BENZING, D. JAMES GUZY,
GLEN G. POSSLEY, J. DAVID
LITSTER, TOM LONG, ROBERT
H. SMITH, WILLIAM R. SPIVEY,
NEIL R. BONKE, YOUSSEF A.
EL MANSY, YOSHIO NISHI,
ANN D. RHOADS, AND
DELBERT A. WHITAKER, and
NOVELLUS SYSTEMS, INC.

               Defendant(s).

_____/

*E-FILED - 9/20/06*

CASE NO. C 06 3514 RMW

STIPULATION AND
ORDER SELECTING ADR PROCESS

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

     **Court Processes:**
     ☐   Non-binding Arbitration (ADR L.R. 4)
     ☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
     ☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

     **Private Process:**
     ☒   Private ADR *(please identify process and provider)* Process to be determined.

_____

The parties agree to hold the ADR session by:
     ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

     ☒   other requested deadline : after motion to dismiss is decided (date tbd)

American LegalNet, Inc.
www.USCourtForms.com

Dated: August 18, 2006                          /s/ Betsy C. Manifold
                                                Attorney for Plaintiff


Dated: August 18, 2006                          /s/ Sunil Kulkarni
                                                Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☒ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.
☒ other _after motion to dismiss is decided (date tdd)

IT IS SO ORDERED.

Dated: _____9/20/06_____          ___/s/ Ronald M. Whyte_____
                                      UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com