1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  FRANCIS A. BOTTINI, JR. (175783)
   bottini@whafh.com
4  RACHELE R. RICKERT (190634)
5  rickert@whafh.com
   WOLF HALDENSTEIN ADLER
6    FREEMAN & HERZ LLP
   Symphony Towers
7  750 B Street, Suite 2770
   San Diego, CA 92101
8  Telephone:  619/239-4599
   Facsimile:   619/234-4599
9
10 Plaintiffs' Co-Lead Counsel

11 [Additional Counsel Appear On Signature Page]

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                              SAN JOSE DIVISION                *E-FILED - 10/18/06*
15

16
   In  re  NOVELLUS  SYSTEMS,  INC.  ) Master File No.  C 06-03514 RMW
17 DERIVATIVE LITIGATION              )
                                      ) DERIVATIVE ACTION
18 _____   )
                                      ) STIPULATION AND [PROPOSED]
19 This Document Relates To:          ) ORDER SETTING SCHEDULE FOR
                                      ) FILING OF CONSOLIDATED
20                                    ) COMPLAINT AND BRIEFING MOTION
                                      ) TO DISMISS
21 _____   )

22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED
COMPLAINT AND BRIEFING MOTION TO DISMISS - Master File No. C 06-03514 RMW

WHEREAS, a Case Management Conference was held before the Court on September 8, 2006 and counsel for both parties were present.

WHEREAS, the parties agreed to meet and confer on a schedule for filing a consolidated complaint and a briefing schedule for defendants' Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs and defendants, subject to the approval of the Court, as follows:

**SCHEDULE RE: COMPLAINT AND MOTION TO DISMISS**

1. Plaintiffs shall serve a Consolidated Complaint on or before November 8, 2006.
2. Defendants shall file their responsive pleading on or before December 8, 2006.
3. If defendants file a Motion to Dismiss, plaintiffs shall have until January 5, 2007 to file any opposition.
4. Defendants shall file a reply on or before January 19, 2007.
5. A Hearing on Defendants' Motion to Dismiss and a further Case Management Conference shall be held as directed by the Court on January 26, 2007 at 9:00 a.m.

DATED: September 14, 2006

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

_____
BETSY C. MANIFOLD

Symphony Towers
750 B. Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND BRIEFING MOTION TO DISMISS - Master File No. C 06-03514 RMW

- 1 -

```
 1                                    WOLF HALDENSTEIN ADLER
                                        FREEMAN & HERZ, LLP
 2                                    GREGORY NESPOLE
                                      DANIEL KRASNER
 3                                    GUSTAVO BRUCKNER
                                      MARTIN RESTITUYO
 4                                    270 Madison Avenue
                                      New York, New York 10016
 5                                    Telephone: 212/545-4600
                                      Facsimile: 212/545-4653
 6
 7   DATED: September 15, 2006        LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
 8                                    TRAVIS DOWNS
 9
10                                    Travis Downs w/permission
                                      _____
11                                            TRAVIS DOWNS          bcn

12                                    655 West Broadway, Suite 1900
                                      San Diego, CA 92101
13                                    Telephone: 619/231-1058
                                      Facsimile:  619/231-7423
14
                                      Counsel for Lead Plaintiff Alaska Electrical Pension
15                                    Fund and Co-Lead Counsel

16
                                      LAW OFFICES OF JACOB T. FOGEL
17                                    JACOB T. FOGEL
                                      32 Court Street, Suite #602
18                                    Brooklyn, New York 11201
                                      Telephone: 718/221-5552
19                                    Facsimile:  718/875-4500
20
21
22
23
24
25
26
27
28
```

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED
COMPLAINT AND BRIEFING MOTION TO DISMISS - Master File No. C 06-03514 RMW

| | |
|---|---|
| DATED: September 14, 2006 | MORRISON & FOERSTER<br>DARRYL P. RAINS<br>SUNIL R. KULKARNI<br><br>/s/ Sunil R. Kulkarni<br>_____<br>SUNIL R. KULKARNI<br><br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: 650/813-5600<br>Facsimile: 650/494-0792<br><br>Counsel for Nominal Defendant Novellus Systems, Inc. and defendants Richard S. Hill, Jeffrey C. Benzing, D. James Guzy, Glen G. Possley, J. David Litster, Tom Long, Robert H. Smith, William R. Spivey, Neil R. Bonke, Youssef A. El-Mansy, Yoshio Nishi, Ann D. Rhoads, And Delbert A. Whitaker |
| **IT IS SO ORDERED**<br><br>Dated: 10/18/06 | /s/ Ronald M. Whyte<br>_____<br>UNITED STATES DISTRICT COURT JUDGE |

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND BRIEFING MOTION TO DISMISS - Master File No. C 06-03514 RMW

- 3 -

## DECLARATION OF SERVICE

I, DANIEL O. BAUMANN, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on September 15, 2006, declarant served the **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND BRIEFING MOTION TO DISMISS** via the CM/ECF System to the parties so indicated on the attached service list, who are registered participants of the CM/EMF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September 2006, at San Diego, California.

_____
DANIEL O. BAUMANN

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND BRIEFING MOTION TO DISMISS - Master File No. C 06-03514 RMW

- 4 -

NOVELLUS SYSTEMS, INC.
Service List -- August 31, 2006
Page 1

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>Symphony Towers<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>    619/239-4599<br>    619/234-4599 (fax)<br><br>* Travis Downs<br>  LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>  655 West Broadway, Suite 1900<br>  San Diego, CA  92101<br>     619/231-1058<br>     619/231-7423 (fax) | * Darryl P. Rains<br>  Eugene Illovsky<br>  Sunil R. Kulkarni<br>  Elizabeth J. Miles<br>  MORRISON & FOERSTER<br>  755 Page Mill Road<br>  Palo Alto, CA 94304-1018<br>     650/813-5600<br>     650/494-0792 (fax)<br><br>Counsel for Nominal Defendant Novellus Systems, Inc. and defendants Richard S. Hill, Jeffrey C. Benzing, D. James Guzy, Glen G. Possley, J. David Litster, Tom Long, Robert H. Smith, William R. Spivey, Neil R. Bonke, Youssef A. El-Mansy, Yoshio Nishi, Ann D. Rhoads, and Delbert A. Whitaker |

* via the CM/ECF System