DARRYL P. RAINS (CA SBN 104802)
SUNIL R. KULKARNI (CA SBN 186723)
ELIZABETH J. MILES (CA SBN 240075)
DRains@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants Richard S. Hill, Jeffery C. Benzing, D. James Guzy, Glen G. Possley, J. David Litster, Tom Long, Robert H. Smith, William R. Spivey, Neil R. Bonke, Youssef A. El-Mansy, Yoshio Nishi, Ann D. Rhoads, William H. Kurtz, Delbert A. Whitaker, and Novellus Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/19/07*

| | |
|---|---|
| IN RE NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION, | Master File No. CV 06-03514-RMW<br><br>DERIVATIVE ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [] ORDER RESETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND RESETTING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on December 8, 2006, lead plaintiff Alaska Electrical Pension Fund filed its Consolidated Complaint;

WHEREAS, the parties have met and conferred and agreed to the following, as further explained in the accompanying Declaration of Sunil R. Kulkarni;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, under Local Rule 6-2, by and between the undersigned counsel for plaintiff and defendants, subject to the approval of the Court, as follows:

1          1.     The unredacted consolidated complaint filed by plaintiff on December 8, 2006 (Docket No. 47 is the redacted version) shall be the operative complaint;

2          2.     The Court need not address plaintiff's November 8, 2006 Administrative Motion to Enlarge Time for Filing the Consolidated Complaint (Docket No. 35);

3          3.     The Court need not address the parties' December 22, 2006 Stipulation and [Proposed] Order Resetting Schedule for Briefing Motion to Dismiss (Docket No. 50);

4          4.     Defendants shall file their answer or responses to the Consolidated Complaint on or before January 19, 2007;

5          5.     Plaintiff shall file its oppositions to defendants' responsive pleadings on or before February 22, 2007;

6          6.     Defendants shall file their replies on or before March 9, 2007; and

7          7.     The hearing date shall be set for March 23, 2007, at 9:00 a.m.

8          8.     The case management conference that is currently scheduled for January 26, 2007, at 9:00 a.m., shall be rescheduled for March 23, 2007, at 10:30 a.m.

IT IS SO STIPULATED.

Dated: January 12, 2007

DARRYL P. RAINS
SUNIL R. KULKARNI
ELIZABETH J. MILES
MORRISON & FOERSTER LLP


By:   /s/ Sunil R. Kulkarni
          SUNIL R. KULKARNI

Attorneys for Defendants
Richard S. Hill, Jeffery C. Benzing, D. James Guzy, Glen G. Possley, J. David Litster, Tom Long, Robert H. Smith, William R. Spivey, Neil R. Bonke, Youssef A. El-Mansy, Yoshio Nishi, Ann D. Rhoads, William H. Kurtz, Delbert A. Whitaker, and Novellus Systems, Inc.

| | | |
|---|---|---|
| 1 | Dated: January 12, 2007 | SHAWN A. WILLIAMS |
| 2 | | LERACH COUGHLIN STOIA GELLER |
| | | RUDMAN & ROBBINS LLP |
| 4 | | By: /s/ Shawn A. Williams |
| | | SHAWN A. WILLIAMS |
| 5 | | Attorneys for Plaintiff |
| 8 | Dated: January 12, 2007 | BETSY C. MANIFOLD |
| | | WOLF HALDENSTEIN ADLER |
| | | FREEMAN & HERZ LLP |
| 11 | | By: /s/ Betsy C. Manifold |
| | | BETSY C. MANIFOLD |
| 12 | | Attorneys for Plaintiff |

**ATTESTATION**

I, Sunil R. Kulkarni, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND RESETTING CASE MANAGEMENT CONFERENCE

Pursuant to General Order 45, X.B., I hereby attest that Shawn A. Williams of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Betsy C. Manifold of Wolf Haldenstein Adler Freeman & Herz LLP, counsel for plaintiff, have concurred in this filing.

Dated: January 12, 2007

By: /s/ Sunil R. Kulkarni
SUNIL R. KULKARNI

1 **ORDER**

2 PURSUANT TO THE STIPULATION, IT IS SO ORDERED

3

4
Dated: 1/19/07
5

6 By: *Ronald M. Whyte*

7 THE HONORABLE RONALD W. WHYTE
United States District Judge