1    DARRYL P. RAINS (CA SBN 104802) (drains@mofo.com)
SUNIL R. KULKARNI (CA SBN 186723)
2    ELIZABETH J. MILES (CA SBN 240075)
MORRISON & FOERSTER LLP
3    755 Page Mill Road
Palo Alto, California  94304-1018
4    Telephone: 650.813.5600
Facsimile: 650.494.0792
5

6    Attorneys for Individual Defendants Richard S. Hill, Jeffery C.
Benzing, D. James Guzy, Glen G. Possley, J. David Litster, Tom
Long, Robert H. Smith, William R. Spivey, Neil R. Bonke,
7    Youssef A. El-Mansy, Yoshio Nishi, Ann D. Rhoads, William
H. Kurtz, and Delbert A. Whitaker
8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

*E-FILED - 3/26/07*

12

| | |
|---|---|
| 13   IN RE NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION, | Master File No. |
| 14 | CV 06-03514-RMW-HRL |
| 15 | DERIVATIVE ACTION |
| 16 | **STIPULATION AND [] ORDER** |
| 17 | **CONCERNING INDIVIDUAL DEFENDANTS' ADMINISTRATIVE MOTION TO** |
| 18 | **SEAL** |
| 19 | |
| 20   This Document Relates To: | Date:      March 23, 2007 |
| 21      ALL ACTIONS. | Time:      9:00 a.m. |
| 22 | Court:     Courtroom 6 Judge:    Hon. Ronald M. Whyte |

23

24        WHEREAS, the individual defendants filed on January 19, 2007, an administrative

25   motion to seal the unredacted version of their motion to dismiss;

26        WHEREAS, plaintiff filed on January 24, 2007, an opposition to the motion to seal;

27        WHEREAS, the parties wish to avoid burdening the Court with unnecessary motion

28   practice;

1       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

2   the undersigned counsel for plaintiff and defendants, subject to the approval of the Court, as

3   follows:

4       1.    The individual defendants will file in the public record the unredacted version of

5   their motion to dismiss.

6       2.    The Court need not address the individual defendants' January 19, 2007,

7   administrative motion to seal (Docket No. 60).

8       3.    The public filing of the motion to dismiss shall not be evidence that the

9   confidentiality of any Novellus document designated as "Confidential" has been waived.

10

11   Dated: February 9, 2007           DARRYL P. RAINS
                                      SUNIL R. KULKARNI

12                                           ELIZABETH J. MILES
                                      MORRISON & FOERSTER LLP

13

14                                       By:  /s/ Sunil R. Kulkarni

15                                             SUNIL R. KULKARNI

16                                       Attorneys for Individual Defendants
                                    Richard S. Hill, Jeffery C. Benzing, D.

17                                       James Guzy, Glen G. Possley, J. David
                                    Litster, Tom Long, Robert H. Smith,

18                                       William R. Spivey, Neil R. Bonke,
                                    Youssef A. El-Mansy, Yoshio Nishi,

19                                       Ann D. Rhoads, William H. Kurtz, and
                                    Delbert A. Whitaker

20

21   Dated: February 9, 2007           SHAWN A. WILLIAMS
                                      LERACH COUGHLIN STOIA GELLER

22                                         RUDMAN & ROBBINS LLP

23

24                                       By:  /s/ Shawn A. Williams

25                                             SHAWN A. WILLIAMS

26                                       Attorneys for Plaintiff

27

28

1    Dated: February 9, 2007              BETSY C. MANIFOLD
                                          WOLF HALDENSTEIN ADLER
2                                           FREEMAN & HERZ LLP

3

4                                         By:   /s/ Betsy C. Manifold
                                                BETSY C. MANIFOLD
5
                                          Attorneys for Plaintiff
6

7                                  **ATTESTATION**

8
         I, Sunil R. Kulkarni, am the ECF user whose identification and password are being used to
9
    file this STIPULATION AND [PROPOSED] ORDER CONCERNING INDIVIDUAL
10
    DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL  Pursuant to General Order 45,
11
    X.B., I hereby attest that Shawn A. Williams of Lerach Coughlin Stoia Geller Rudman & Robbins
12
    LLP and Betsy C. Manifold of Wolf Haldenstein Adler Freeman & Herz LLP, counsel for
13
    plaintiff, have concurred in this filing.
14
    Dated:  February 9, 2007
15
                                          By:   /s/ Sunil R. Kulkarni
16                                              SUNIL R. KULKARNI

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2              PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4

5      Dated: 3/26/07 _____

6                                        By: *Ronald M. Whyte* _____

7                                        THE HONORABLE RONALD W. WHYTE
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER CONCERNING IND. DEFS' ADMIN. MOTION TO SEAL
CASE NO. CV 06-03514-RMW-HRL
pa-1129005

4