LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mwinkler@lerachlaw.com
abaig@lerachlaw.com
       –and–
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
mcalkins@lerachlaw.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
BETSY C. MANIFOLD (182450)
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:  619/239-4599
619/234-4599 (fax)
manifold@whafh.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 4/26/07*

| | |
|---|---|
| In re NOVELLUS SYSTEMS, INC. DERIVATIVE LITIGATION | No. C-06-03514-RMW |
| This Document Relates To: | STIPULATION AND [] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR AMENDED COMPLAINT |
| ALL ACTIONS. | |

WHEREAS, on March 23, 2007, the Court held a hearing on defendants' motions to dismiss;

WHEREAS, the Court issued a Minute Order on March 23, 2007, granting the motion to dismiss with leave to amend, and giving plaintiffs 30 days to amend their complaint;

WHEREAS, plaintiffs and Novellus, through their counsel, have discussed this lawsuit and its possible resolution;

WHEREAS, the parties have agreed, subject to the approval of the Court, to extend the date for plaintiffs to file the Amended Complaint by ten days; and

WHEREAS, in light of the foregoing, the parties believe that the interests of judicial economy and the preservation of the parties' resources would be better served by postponing the filing of plaintiffs' Amended Complaint until May 3, 2007 in order that the parties can continue their discussions.

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to the Court's approval, plaintiffs shall have until May 3, 2007 to file their Amended Complaint.

IT IS SO STIPULATED.

DATED: April 20, 2007                    Respectfully submitted,

                                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
                                         MONIQUE C. WINKLER
                                         AELISH M. BAIG


                                                      /s/
                                         ─────────────────────────────
                                              SHAWN A. WILLIAMS

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
                                         Telephone:  415/288-4545
                                         415/288-4534 (fax)

                                         LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         TRAVIS E. DOWNS III

| | |
|---|---|
| | BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
BETSY C. MANIFOLD
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:  619/239-4599
619/234-4599 (fax)

Co-Lead Counsel for Plaintiffs |
| DATED:  April 20, 2007 | MORRISON & FOERSTER
DARRYL RAINS


                                   /s/
                            DARRYL RAINS

755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650/813-5600
650/494-0792 (fax)

Attorneys for Defendants |

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE THEIR AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Darryl Rains have concurred in this filing.

1                     \*    \*    \*

2                     **O R D E R**

3   IT IS SO ORDERED.

4   DATED:   4/26/07              _/s/ Ronald M. Whyte_

                                       THE HONORABLE RONALD M. WHYTE

5                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

T:\CasesSF\Novellus Derivative\STP00041125.doc

# Mailing Information for a Case 5:06-cv-03514-RMW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini, Jr**
  frankb@johnsonbottini.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Sunil R. Kulkarni**
  skulkarni@mofo.com msousa@mofo.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Betsy C. Manifold**
  manifold@whafh.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Darryl P. Rains**
  drains@mofo.com dgillis@mofo.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Betsy C Maniford
Wolf Holdenstein Adler Freeman & Herz LLP
Symphony Tower
Suite 2770
750 B. Street
```

San Diego, CA 92101