IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/23/07*

IN RE: NOVELLUS SYSTEMS, INC.,
DERIVATIVE LITIGATION

CASE No.: C-06-03514-RMW

**ORDER RE DOCKET ENTRY**

Good cause appearing, IT IS HEREBY ORDERED that Docket No. 99, order to file documents under seal, having been erroneously filed, shall be stricken and removed from the record.

**IT IS SO ORDERED.**

Dated: August 23, 2007

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: