IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/23/07*

| | |
|---|---|
| IN RE: NOVELLUS SYSTEMS, INC., DERIVATIVE LITIGATION _____/ | CASE No.: C-06-03514-RMW<br><br>**ORDER RE DOCKET ENTRY** |

Good cause appearing, IT IS HEREBY ORDERED that Docket No. 99, order to file documents under seal, having been erroneously filed, shall be stricken and removed from the record.

**IT IS SO ORDERED.**

Dated: August 23, 2007

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California